# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                          :  No. 525
                                                :
APPOINTMENT TO THE CRIMINAL      :  CRIMINAL PROCEDURAL RULES
PROCEDURAL RULES COMMITTEE       :  DOCKET


## ORDER

**PER CURIAM**

     **AND NOW**, this 23rd day of October, 2020, the Honorable Michele K. Santicola, Allegheny County, is hereby appointed as a member of the Criminal Procedural Rules Committee for a term of six years, commencing January 1, 2021.